IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RODRIK CLARK,
    Plaintiff,

v.                                            Civil No. 3:23cv11 (DJN)

C. VASSER, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

This matter comes before the Court on its own initiative. By Memorandum Order entered on February 2, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. (*Id.*) On July 24, 2023, the United States Postal Service returned a July 14, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE." (ECF No. 13.) Since that date, Plaintiff has not contacted the Court to provide a current address.

Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                       /s/
                                             David J. Novak
                                           United States District Judge

Richmond, Virginia
Dated: August 17, 2023